IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Stephen L. Ralston,<br><br>    Plaintiff,<br><br>vs.<br><br>Raceway Automotive of Hartsville, Inc.,<br><br>    Defendant | C/A No. 4:21-cv-00147-SAL |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT RACEWAY AUTOMOTIVE OF HARTSVILLE, INC.

Plaintiff Stephen L. Ralston hereby dismisses his claims against Defendant Raceway Automotive of Hartsville, Inc. with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated that the claims of the Plaintiff Stephen L. Ralston against Defendant Raceway Automotive of Hartsville, Inc. are dismissed with prejudice with each party to bear its own fees and expenses.

WE SO STIPULATE:

| | |
|---|---|
| s/ Dave Maxfield_____ | s/Preston B. Dawkins, Jr__ |
| Dave Maxfield, Fed. ID 6293 | Preston B. Dawkins, Jr, Fed. ID 09445 |
| Dave Maxfield, Attorney, LLC | PO Drawer 1931 |
| P.O. Box 11865 | Florence, SC 29503 |
| Columbia, SC 29211 | (843) 669-8787 |
| (803) 509-6800 | (843) 664-0097 |
| (855) 299-1656 fax | pbd@aikenbridges.com |
| dave@consumerlawsc.com | Attorney for Raceway Automotive of |
| Attorney for Plaintiff | Hartsville, Inc. |

DATED: August 10, 2021